UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CARLISLE ANACKER,<br><br>            Plaintiff,<br><br>     v.<br><br>RICARDO RIOS, et al.,<br><br>            Defendants. | CASE NO. CV 04-10359-CBM (PJW)<br><br>ORDER DISMISSING ACTION |

    On May 23, 2008, the Court was notified that Plaintiff Paul Anacker died on April 30, 2008.  On May 29, 2008, the Court issued a minute order, informing Anacker's estate that it had 90 days (from May 23, 2008) to file a motion for substitution under Federal Rule of Civil Procedure 25(a) or the case would be dismissed.  There being no motion for substitution, the Court hereby dismissed the action.  *See*

Fed. R. Civ. Pro. 25(a)(1) ("If [a motion for substitution] is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.")

    IT IS SO ORDERED

    DATED:    <u>Sept. 9, 2008          </u> .

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

Presented by

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

C:\Temp\notesFFF692\~0226230.wpd