UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL CARLISLE ANACKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICARDO RIOS, et al.,<br><br>　　　　Defendants. | Case No. CV 04-10359-CBM (PJW)<br><br>J U D G M E N T |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed.

DATED:    Sept. 9, 2008            .

_____
CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\~6336492.wpd